CITY OF BAYONNE, complainant,

*v.*

RICHARD DOHERTY, defendant.

[Decided October 17th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Bentley, whose opinion is reported in *100 N. J. Eq. 479.*

*Mr. James Benny, Mr. Allan Benny* and *Messrs. Dembe & Dembe,* for the complainant.

*Mr. Richard Doherty,* for the defendant.

47

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bentley.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.    14.

*For reversal*—None.